UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☐ **Benton**         ☒ **East St. Louis**         ☐ **Contested**         ☒ **Uncontested**

# MINUTES OF DISPOSITION
### JUDGE: <u>JOE BILLY MCDADE, UNITED STATES DISTRICT JUDGE</u>

USA v. <u>KEVIN JAMES MCCORMICK</u>          CRIMINAL CASE NO.: <u>17-CR-30192-JBM-3</u>

REPORTER: <u>Karen Waugh</u>              DEPUTY: <u>Lisa Tidwell</u>

GOVT. COUNSEL: <u>AUSA Scott Verseman</u>    DEF. COUNSEL: <u>Matthew A. Radefeld</u>

PROBATION OFFICER: <u>Katie Freeman</u>

DATE: <u>February 10, 2020</u>              TIME: <u>12:30 p.m. – 1:45 p.m.</u>

---

Court Orders the Presentence Investigation Report to be SEALED with Counsel having access. Defense counsel has no objections to the final Presentence Investigation Report filed at [Doc. 191]. The Recommendation is to be placed under separate seal and Counsel will not have access.

The Court GRANTS the defendant's motion at [Doc. 201] as it relates to sealed document [Doc. 198] filed on 12/17/2019.

OFFENSE LEVEL: <u>34</u>              CRIMINAL HISTORY CATEGORY: <u>I</u>

SENTENCE RANGE: <u>151 months – 188 months</u>     FINE RANGE: <u>$35,000 - $250,000</u>

SUPERVISED RELEASE RANGE: <u>2 to 5 years</u>

**SENTENCE:** <u>Defendant is sentenced to 132 months in the Bureau of Prisons as to Count 1 of the Superseding Indictment.</u>

**SUPERVISED RELEASE:** <u>Defendant shall be on Supervised Release for a term of 60 months.</u>

Defendant shall pay a **SPECIAL ASSESSMENT** of <u>$100.00</u> payable to the Clerk, United States District Court, due immediately. **FINE** is Waived.

**RESTITUTION** is Ordered in the amount of $11,556,730.17.

Government's oral motion to dismiss Counts 2 -14 of the Superseding Indictment is GRANTED.

The Court will make the following recommendation to the Bureau of Prisons: Defendant be placed at FCI Pensacola (Florida) and be placed in the RDAP program if found eligible.

Defendant is released with the same conditions of bond previously established, and with the direction to report within 120 days to the BOP facility as directed by the United States Marshals Service.