UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN JAMES MCCORMICK,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 17-cr-30192 |

## MEMORANDUM AND ORDER

In light of the Court's judgment in McCormick v. United States of America (Case No. 21-cv-00217-JPG) vacating the judgment in this case (Doc. 19), the Court:

- ORDERS that pursuant to 18 U.S.C. § 3143(a), upon execution of a writ of *habeas corpus ad prosequendum*, the defendant shall be COMMITTED to the custody of the United States Marshal for confinement in a corrections facility pending resentencing.

**IT IS SO ORDERED.**
**Dated: January 27, 2022**

                                            **/s/  J. Phil Gilbert**
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**